THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Elaine Floyd
 Curry, Appellant.
 
 
 
 
 

Appeal From York County
R. Knox McMahon, Circuit Court Judge

Unpublished Opinion No. 2010-UP-073
 Submitted January 4, 2010  Filed February
1, 2010    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Kevin Scott Brackett, of York,
 for Respondent.
 
 
 

PER CURIAM:  Elaine
 Floyd Curry appeals her conviction for
 resisting arrest, arguing the arrest on which the charge against her was based
 was not lawful.  Curry's counsel attached
 a petition to be relieved as counsel, stating that she reviewed the record and
 concluded the appeal lacked merit.  After a review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Curry's appeal
 and grant counsel's petition to be relieved.[1]
APPEAL DISMISSED.
SHORT, THOMAS, and
 KONDUROS, JJ., concur.

[1] We decide this case
 without oral argument pursuant to Rule 215, SCACR.